UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY KRISTINA CARTER, ) | |
| ) | |
| Petitioner, ) | Case No. C07-1845RAJ-BAT |
| ) | |
| v. ) | |
| ) | ORDER OF DISMISSAL |
| DOUGLAS COLE, ) | |
| ) | |
| Respondent. ) | |
| ) | |

The Court, after careful consideration of petitioner's § 2254 petition for writ of habeas corpus, all pleadings and supplemental materials filed, the report and recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, the governing authorities, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the report and recommendation.

(2) Petitioner's § 2254 petition (Dkt. 6) is DENIED and her case is DISMISSED with prejudice.

(3) The Clerk is directed to send copies of this Order to the parties and to Magistrate Judge Tsuchida.

DATED this 17th day of October, 2008.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING § 2254 PETITION – 1